AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Nebraska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:26MJ335 |
| | ) | |
| MIGUEL SILVA-LEDESMA | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ JULY 25, 2026 _____ in the county of _____ DOUGLAS _____ in the _____ District of _____ NEBRASKA _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Anthony P. Gayden, DO
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable
electronic means.

Date:  7/30/2026

_____
*Judge's signature*

City and state:  Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION | ) | |
| OF MIGUEL SILVA-LEDESMA | ) | AFFIDAVIT OF Anthony P. Gayden |
| | ) | |

Anthony P. Gayden, being first duly sworn, hereby states that:

1.    Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2.    Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016.  In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3.    Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4.    This affidavit is being made in support of a criminal complaint and arrest warrant charging **Miguel SILVA-Ledesma**, (hereafter referred to as **DEFENDANT**) with violations of 8 U.S.C. § 1326(a), reentry of removed aliens.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge or investigation into this matter.

5.    DEFENDANT came to the attention of the ICE ERO Omaha Fugitive Operations team while performing at-large operations near the intersection of 72nd and L streets in Omaha, NE on 7/25/2026. At approximately 7:07am, ICE officers Anthony Gayden and Andrew Gill observed two subjects exit a red 2006 Chevrolet Silverado, with Nebraska license BIV317, parked in the parking lot of the Menards located at 7337 L Street in Omaha, NE.

6.    Vehicle registration checks showed that the registered owner is a citizen and national of El Salvador and has an expedited removal order and one prior removal from the US to El Salvador. No record of lawful entries was found. Based on that information, officers attempted to perform a consensual encounter with the vehicle occupants when they exited the Menards and approached the vehicle.

7.    As officers approached the vehicle, **DEFENDANT** fled on foot. ICE officers briefly remained with the driver of the vehicle, determined that he was a US citizen and not the registered owner. Officers then pursued **DEFENDANT** in their government vehicles. **DEFENDANT** ran a short distance out of the Menards parking lot before surrendering to ICE officers.

8.    During the encounter, all officers identified themselves as ICE officers and questioned the occupant of the vehicle as to his identity and immigration status. **DEFENDANT** told ICE officers

1

that his name is **Miguel SILVA-Ledesma** and that he is a citizen of Mexico present in the US illegally. Based on that information, officers placed **DEFENDANT** under arrest for being present in the US without admission, inspection or parole. Biographic checks of his name and date of birth revealed that **DEFENDANT** has a final order of removal from an immigration judge and one prior removal from the US to Mexico. Criminal history checks revealed an active felony warrant out of Douglas County, NE for methamphetamine possession.

9. ICE officers transported **DEFENDANT** to the ICE ERO Omaha office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity. Video of the arrest was captured on officer's body worn cameras.

10. **DEFENDANT**'s fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS).  The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

11. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 205 488 462) relating to this **DEFENDANT.**

12. **DEFENDANT**'s alien registration file contains photographs, fingerprints and immigration documents identifying defendant as **Miguel SILVA-Ledesma**, a citizen and national of Mexico who was removed from the United States to Mexico, on 11/13/2021, pursuant to a final removal order on 6/04/2014 in Omaha, NE.

13. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the **DEFENDANT.**

14. Affiant believes there is probable cause that **DEFENDANT** is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by telephone or other reliable electronic means:

Date:  July 30, 2026

City and State: Omaha, Nebraska

_____
Michael D. Nelson, U.S. Magistrate Judge

2